IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. McDANIEL,

    Petitioner,                    No. CIV S-07-1814 LKK GGH P

    vs.

T. FELKER, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed timely on November 16, 2007, pursuant to the court's order filed October 19, 2007.  After reviewing the joint statement, the court issues the following ORDERS:

        1. Petitioner must file an amended memorandum of points and authorities on or before February 19, 2008; respondent must file an answer or dispositive motion on or before April 18, 2008; petitioner must file any reply/traverse or opposition, as appropriate, on or before May 18, 2008; respondent's reply, if respondent filed a motion, must be filed on or before June 8, 2008.

        2. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, on February 19, 2008, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state

1  court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the
2  court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the
3  unexhausted claims, on or before February 19, 2008; if a stay is ultimately granted, petitioner
4  must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay,
5  and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in
6  federal court.

7  3. If petitioner intends to make a motion for leave to conduct discovery under the
8  Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 60 days; if
9  respondent opposes any such motion, respondent must do so within 30 days thereafter;
10  petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

11  4.  If petitioner chooses to move for an evidentiary hearing, petitioner must do so
12  at the earliest appropriate opportunity; if any such motion is filed and respondent opposes it, the
13  opposition must be filed within 30 days of service of the motion, and petitioner must file any
14  reply within 15 days of service of any opposition.

15  DATED: 11/21/07                                        /s/ Gregory G. Hollows

16                                                                    GREGORY G. HOLLOWS
                                                                      UNITED STATES MAGISTRATE JUDGE
17  GGH:009
    mcda1814.pst