IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. McDANIEL,

        Petitioner,

   v.

T. FELKER, Warden, et al.,

        Respondents.

No. CIV S-07-1814-LKK-GGH-P

**ORDER**

Petitioner's application and declaration for enlargement of time having been considered and good cause appearing,

IT IS HEREBY ORDERED that the time in which petitioner shall file his amended pleadings is enlarged to an including March 20, 2008. Respondent shall have 60 days from that date in which to file any responsive pleading.

Dated: 02/22/08

mcda1814.po

/s/ Gregory G. Hollows
United States Magistrate Judge

ORDER                                                                                       PAGE   1