IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. McDANIEL,

      Petitioner,                    No. CIV S-07-1814 LKK GGH P

   vs.

T. FELKER, Warden, et al.,

      Respondents.              <u>ORDER</u>

_____/

      By <u>Order</u>, filed on 2/22/08, petitioner, proceeding through counsel, was granted until 3/20/08 to file an amended petition and, upon the filing of an amended petition, respondent was granted 60 days to file a response. An amended petition and supporting memorandum was filed on 3/18/08, however, respondent has failed to file a responsive pleading and the time for doing so has expired.

      Accordingly, IT IS ORDERED that, within 20 days, respondent must file a responsive pleading and must also show cause for the failure to respond timely.

DATED: 07/17/08

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
mcda1814.osc