IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. McDANIEL,

    Petitioner,               No. CIV S-07-1814 LKK GGH P

    vs.

T. FELKER, Warden, et al.,

    Respondents.            ORDER

_____/

    By Order, filed on 7/18/08, respondent was directed to show cause for the failure to file a timely response to petitioner's amended petition, filed on 3/18/08, and to file a responsive pleading within 20 days. Respondent filed an answer and a response to the show cause order, on 8/05/08. Respondent's counsel admits to an error in calendaring the due date of the response based on the filing of the amended petition, which deadline was not triggered because his office case management system did not show receipt of the amended petition. Respondent apologizes for the mistake, evidently made in good faith.[1]

    Accordingly, IT IS ORDERED that by the 8/05/08 response, respondent has discharged the 7/18/08 show cause order.

DATED: 08/14/08                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009 - mcda1814.dsc

---

[1] The undersigned agrees that calculating from the due date of the amended petition, rather than relying on receipt of the document to trigger the response would be the more reliable method.